UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDDIE JAMES MOULTRIE,

      Petitioner,

v.                             Case No.:  2:26-cv-126-SPC-DNF

RICKY DIXON,

      Respondent.

_____/

## **ORDER**

Before the court is petitioner Eddie James Moultrie's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a State Prisoner Seeking Release from Close Management Status (Doc. 1).  Moultrie is serving a prison sentence in the Florida Department of Corrections following a 2015 conviction in Duval County, Florida.  He challenges his placement in close management after prison staff saw him choking another inmate.[1]  Moultrie was incarcerated in Columbia County at the time, and he is now imprisoned in Santa Rosa County.

---

[1] Florida Department of Corrections rules define close management as "the confinement of an inmate apart from the general population, for reasons of security or the order and effective management of the institution, where the inmate, through his behavior, has demonstrated an inability to live in the general population without abusing the rights and privileges of others."  Fla. Admin. Code r. 33-601-101(1)(d).

A person in custody under the judgment and sentence of a state court may file a habeas petition in either the district where he is in custody or the district where he was convicted.  28 U.S.C. § 2241(d).  Moultrie was not convicted in the area this Court serves, nor is he currently in custody here. Accordingly, Moultrie's petition is **dismissed without prejudice**.  The Clerk is **directed** to terminate any pending motions and deadlines as moot, enter judgment, and close this case.  Moultrie is not entitled to a certificate of appealability.  He may pursue federal habeas relief by filing a petition in either of the two district courts identified in § 2241(d).

**DONE** and **ORDERED** in Fort Myers, Florida on March 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2